# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al.<br>v.<br>AMERICAN CHUTE SYSTEMS, INC., an Illinois corporation | FILED: MAY 15, 2008<br>08CV2814   RCC<br>JUDGE DER YEGHIAYAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print)<br>Jennifer L. Dunitz-Geiringer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jennifer L. Dunitz-Geiringer | |
| FIRM<br>Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS<br>200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237001 | TELEPHONE NUMBER<br>312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |