AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: 08CV2814 RCC
JUDGE DER YEGHIAYAN

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE

AMERICAN CHUTE SYSTEMS, INC., an
Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

American Chute Systems, Inc.
c/o Frank E. Stephens, Registered Agent/President
603 E. Washington Street
Joliet, IL 60433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

-----------------------------------        May 15, 2008
(By) DEPUTY CLERK                                      Date

```
SHEET METAL WORKERS' LOCAL 265            BAUM SIGMAN AUERBACH & NEUMAN
         -VS-                             200 W. ADAMS STREET
AMERICAN CHUTE SYSTEMS, INC.              SUITE 2200
                                          CHICAGO, IL

=========== DESCRIPTION ==========   ========= ATTEMPTED SERVICES =========
                                        DATE           TIME        BADGE #
SUMMONS & COMPLAINT

ISSUED:  5/19/08      EXPIRES:  6/15/08
FEES:    40.00        EVC/DEP:

======== PERSON TO BE SERVED ========

AMERICAN CHUTE SYSTEMS, INC.              NOTES:
603 E. WASHINGTON STREET                  C/O: FRANK E. STEPHENS - REG. AGENT
JOLIET, IL
```

PAID MAY 19 2007

=====================================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ✓ SERVICE ON: ✓ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ✓ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED        ___ NOT LISTED      ___ RETURNED BY ATTY.   ___ EXPIRED
    ___ NO CONTACT   ___ NO SUCH ADDRESS ___ DECEASED            ___ OTHER REASON

PERSON TO BE SERVED: American Chute Systems Inc
SERVING ADDRESS: 603 E Washington Jol
WRIT SERVED ON: Wes Stokke                    RELATIONSHIP: Superintendent
    SEX M (M/F)  RACE W  DOB 79
THIS 20 DAY OF May 2008 TIME 1119 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____   DEPUTY # 1130
REMARKS: _____

MAG81401028