IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 2814 |
| AMERICAN CHUTE SYSTEMS, INC., an Illinois corporation, | ) ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, AMERICAN CHUTE SYSTEMS, INC., an Illinois corporation, in the total amount of $26,060.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $452.50.

On May 20, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Wes Stokke, Superintendent) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on June 9, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of June 2008:

        Mr. Frank E. Stephens, Registered Agent/President
        American Chute Systems, Inc.
        603 E. Washington Street
        Joliet, IL   60433


        /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\American Chute\2008\motion for default and judgment.bpa.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: 08CV2814   RCC
JUDGE DER YEGHIAYAN

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE

AMERICAN CHUTE SYSTEMS, INC., an
Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

American Chute Systems, Inc.
c/o Frank E. Stephens, Registered Agent/President
603 E. Washington Street
Joliet, IL  60433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

May 15, 2008

(By) DEPUTY CLERK                                                    Date

```
                                              ATTORNEY
SHEET METAL WORKERS LOCAL 265                 BAUM SIGMAN AUERBACH & NEUMAN
 -VS-                                         200 W. ADAMS STREET
AMERICAN CHUTE SYSTEMS, INC.                  SUITE 2200
                                              CHICAGO, IL
                                                          PAID MAY 19 2007
========== DESCRIPTION ==========   ========= ATTEMPTED SERVICES =========
                                       DATE          TIME         BADGE #
SUMMONS & COMPLAINT

ISSUED: 5/19/08     EXPIRES: 6/15/08
FEES:   40.00       EVC/DEP:

======= PERSON TO BE SERVED =======

AMERICAN CHUTE SYSTEMS, INC.              NOTES:
603 E. WASHINGTON STREET                  C/O: FRANK E. STEPHENS - REG. AGENT
JOLIET, IL
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ✓ SERVICE ON: ✓ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ✓ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED       ___ NOT LISTED        ___ RETURNED BY ATTY.  ___ EXPIRED
    ___ NO CONTACT  ___ NO SUCH ADDRESS   ___ DECEASED           ___ OTHER REASON

PERSON TO BE SERVED: American Chute Systems Inc
SERVING ADDRESS: 603 E Washington Jol
WRIT SERVED ON: Wes Stokke                          RELATIONSHIP: Superintendent
    SEX M (M/F)   RACE W   DOB 79
THIS 20 DAY OF May 2008 TIME 1619 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 1130
REMARKS: _____

MAG81401028