IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265 )
WELFARE FUND, et al., )
 )
                Plaintiffs, ) CIVIL ACTION
 )
vs. ) NO. 08 C 2814
 )
AMERICAN CHUTE SYSTEMS, INC., ) JUDGE SAMUEL DER-YEGHIAYAN
an Illinois corporation, )
 )
                Defendant. )

## AFFIDAVIT

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF DUPAGE     )

SCOTT P. WILLE, being first duly sworn upon his oath, deposes and says:

1. That he is Administrator and/or Authorized Agent of the SHEET METAL WORKERS LOCAL 265 WELFARE FUND, SHEET METAL WORKERS LOCAL 265 PENSION FUND, SHEET METAL WORKERS LOCAL 265 SAVINGS FUND, SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND, SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND and SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT PLAN.

2. That he has read the Complaint filed in this cause, and knows of his own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness is competent to testify thereto.

3. That he is charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintains individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receives and records contribution reports made by such persons, firms or corporations, and has under his supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4. That he has examined the account of Defendant in the above-entitled cause, and states that said Defendant:

    (a) is required to make monthly contribution reports under the terms of the aforesaid collective bargaining agreement;

    (b) has failed to submit all monthly contribution reports due to date;

    (c) has submitted monthly contribution reports for the months of January 2008 through April 2008, but has failed to submit the contributions which it acknowledges therein to be due as set forth below:

|  | Contributions |
|---|---|
| Welfare Fund | $16,229.74 |
| Pension Fund | $ 2,145.28 |
| Supplemental Retirement | $ 4,668.33 |
| Educational Fund | $ 245.76 |
| Industry Fund | $ 80.64 |
| Savings Fund | $ 307.20 |
| Dues | $ 15.36 |

5. That pursuant to the Trust Agreements he has assessed a liquidated damages surcharge against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of January 2008 through April 2008, in amounts set forth below:

|                          | Liquidated Damages |
|--------------------------|--------------------|
| Welfare Fund             | $1,622.97          |
| Pension Fund             | $ 214.53           |
| Supplemental Retirement  | $ 466.83           |
| Educational Fund         | $ 24.58            |
| Industry Fund            | $ 8.06             |
| Savings Fund             | $ 30.72            |
| Dues                     | $ ----             |

6. That he is duly authorized by Plaintiffs in this behalf, has personal knowledge of the matters set forth above and if called as a witness in this cause is competent to testify thereto.

7. That he makes this Affidavit in support of the application of Plaintiffs for entry of default and judgment and requests this Court to consider the same as proof in support of the allegations contained in the Complaint of the Plaintiffs and such other facts herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
SCOTT P. WILLE

SUBSCRIBED AND SWORN
TO before me this 16
day of June 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Susan L. Schwieters
Notary Public, State of Illinois
My Commission Expires 7/25/2009

I:\265J\American Chute\2008\wille affidavit bpn df.wpd

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of Scott P. Wille) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of June 2008:

> Mr. Frank E. Stephens, Registered Agent/President
> American Chute Systems, Inc.
> 603 E. Washington Street
> Joliet, IL  60433

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\American Chute\2008\wille affidavit.bpa.df.wpd



### SHEET METAL WORKERS' UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Any Questions? Please call: (703) 739-7000 or Fax (703) 683-0932

**TO:** AMERICAN CHUTE SYSTEMS, INC.
603 E WASHINGTON STREET   LOC# 265
JOLIET, IL 60433

FED ID# 364345893

**IND:** BUILDING TRADES
**CLASS:** ALL CLASSES

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

Natl Pen, Natl Hlth, ITI
Sasmi, Sasmi-II, NEMI, SMW Supp Svgs. Office Copy

| MONTH | YEAR | LOCAL UNION NO. |
|---|---|---|
| JANUARY | 2008 | 265 |

NBF EMPLOYER # 012609

| AREA | DO | INDUSTRY | 01 |
|---|---|---|---|
| NPF PLAN | A | CLASS | ALL |
| CONTRACT | 2650401 | | |

PAGE NO. 1

OUT OF BUSINESS
NO WORK
EFF DATE

| SOC SEC NO.(A) / (B) LAST/FIRST NAME | C 401(K) RATE / NATL PENS FUND | (F) HOME LOCAL / ITI NEMI SM SCH | (G) REGULAR / LOCAL PENS FUND | HOURS (H) OT/@1-1/2 / AN- NUITY FUND | (I) OT/@2 / HEALTH & WEL- FARE | (J) CLASS / EDUCA- TION FUND | (K) TAXABLE GROSS WAGES / IN- DUSTRY FUND | (L) H&W PEN MISC CONTRIBUTIONS / SAVINGS ORGAN- IZING | (M) WAGE RATE / IA WORK ASSMNT |
|---|---|---|---|---|---|---|---|---|---|
| RALLS, JR. | FL | 265 | 170.75 | | | | 3,158.85 | | |
| STOKKE | WE | 265 | 128 | | | | 3,840.00 | | |
| MORALES | A | 265 | 168.5 | | | | 2,485.39 | | |
| | | | | | | | | | |
| **TOTALS** | | | (G) 467.25 | (H) | (I) | | (K) 9,484.25 | (L) | |
| 1.TOTAL HOURS REPORTED | | | | | | | | | |
| 467.25 | 467.25 | 467.25 | 467.25 | 467.25 | 467.25 | | 467.25 | 467.25 | 467.25 |
| 2.CONTRIBUTION RATE PER HOUR | | | | | | | | | |
| 7.3 | 4.25 | | | | | | | | |
| 3.AMOUNT DUE (1)X(2) | | | | | | | | | |
| $3,410.93 | $1,985.81 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 4.ADJUSTMENT PLUS OR MINUS - PLEASE ATTACH EXPLANATION | | | | | | | | | |
| 5.NET AMOUNT DUE | | | | | | | | | |
| $3,410.93 | $1,985.81 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |

| | NAT. BENEFIT FUNDS | | | | $9,484.25 | GROSS WAGES (COL K) |
|---|---|---|---|---|---|---|
| | LOCAL FUNDS | TOTAL $ | $5,396.74 | | $5,396.74 | TOTAL BENEFIT CONT (L) |
| PREPARED BY Lori E Welch | | TITLE: Controller | | | $14,880.99 | GROSS EARNINGS (K+L) |
| SIGNATURE: [signed] | DATE: 1/31/2008 | PHONE: (815)-722-7532 | E-MAIL: lori@americanchutesystems.com | | | SASMI CONTRIBUTION RATE .03 |
| | | | | | | SASMI CONTRIBUTION (LN3XLN4) |

1432.53

(5838.53)

## SHEET METAL WORKERS'
### UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Any Questions? Please call: (703) 739-7000 or Fax: (703) 665-0932

TO: AMERICAN CHUTE SYSTEMS, INC.
603 E WASHINGTON STREET  LOC# 265
JOLIET, IL 60433

FED ID# 364346893
IND: BUILDING TRADES  CLASS: ALL CLASSES

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

Nat'l Pen, Nat'l Hlth, ITI
Saemi, Saemi-II, NEMI, SMW Supp Svgs. Office Copy

| MONTH | YEAR | LOCAL UNION NO. |
|-------|------|-----------------|
| JANUARY | 2008 | 265 |

NBF EMPLOYER # 012609
AREA: DO  INDUSTRY: 01
NPF PLAN: A  CLASS: ALL
CONTRACT: 2650401
PAGE NO. 1

___ OUT OF BUSINESS
___ NO WORK
EFF DATE

| SOC SEC NO.(A) (B) LAST/FIRST NAME NATL PENS FUND | C 401(k) RATE ITI NEMI SM SCH | (F) HOME LOCAL LOCAL PENS FUND | (G) REGULAR ANNUITY FUND | HOURS (H) OT/@1-1/2 HEALTH & WELFARE | (I) OT/@2 EDUCATION FUND | (J) CLASS | (K) TAXABLE GROSS WAGES INDUSTRY FUND | (L) H&W PEN MISC CONTRIBUTIONS SAVINGS ORGANIZING | (M) WAGE RATE IA WORK ASSMNT |
|---|---|---|---|---|---|---|---|---|---|
| HEINZ  TJ | | 265 | 128 | | | | 4,928.00 | | |
| GRAY  K | | 265 | 0 | | | | 0.00 | | |
| TOTALS | | | (G) 128 | (H) | (I) | | (K) 4,928.00 | (L) | |
| 1.TOTAL HOURS REPORTED 128 | 128 | 128 | 128 | 128 | 128 | | 128 | 128 | 128 |
| 2.CONTRIBUTION RATE PER HOUR 0.43 | 0.18 | 4.19 | 4.25 | 7.30 | 0.64 | | 0.21 | 0.84 | 0.03 |
| 3.AMOUNT DUE (1)X(2) $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |
| 4.ADJUSTMENT PLUS OR MINUS - PLEASE ATTACH EXPLANATION | | | | | | | | | |
| 5.NET AMOUNT DUE $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |

| NAT. BENEFIT FUNDS | TOTAL $ | $217.23 | $4,928.00 | GROSS WAGES (COL K) |
|---|---|---|---|---|
| LOCAL FUNDS | TOTAL $ | $2,312.96 | $2,312.96 | TOTAL BENEFIT CONT (L) |
| | | | $7,240.96 | GROSS EARNINGS (K+L) |
| | | | $0.03 | SAEMI CONTRIBUTION RATE .03 |
| | | | $217.23 | SAEMI CONTRIBUTION (LNSXLN6) |

PREPARED BY: Lori E Welch  TITLE: Controller
SIGNATURE: Lori Welch
DATE: 1/31/2008  PHONE: (815)-723-7832  E-MAIL: lori@americanchutesystems.com

total  $2,530.19

**SHEET METAL WORKERS'**
**UNIFORM FRINGE BENEFIT REMITTANCE REPORT**
Any Questions? Please call: (703) 739-7000 or Fax: (703) 683-0932

TO: AMERICAN CHUTE SYSTEMS, INC.
803 E WASHINGTON STREET
JOLIET, IL 60433        LOC# 265

FED ID# 364348583
CLASS: ALL CLASSES

IND: BUILDING TRADES

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

Natl Pen, Natl Rtrt, ITI
Sasmi, Scours-S, NEMI, SMW Supy Svgs. Office Copy

| MONTH | YEAR | LOCAL UNION NO. |
|---|---|---|
| FEBRUARY | 2008 | 265 |

NBP EMPLOYER # 012808
AREA    DO      INDUSTRY  01
NPF PLAN  A     CLASS     ALL
CONTRACT  2650401
PAGE NO. 1

___ OUT OF BUSINESS
___ NO WORK
EFF DATE

| SOC SEC NO (A) (B) LAST/FIRST NAME NATL PENS FUND | C 401(K) RATE (T) NEMI SM SCH | (F) HOME LOCAL LOCAL PENS FUND | (G) REGULAR AN- NUITY FUND | HOURS (H) OT/@1-1/2 HEALTH & WEL- FARE | (I) OT/@2 EDUCA- TION FUND | (J) CLASS | (K) TAXABLE GROSS WAGES IN- DUSTRY FUND | (L) H&W PEN MISC CONTRIBUTIONS SAVINGS ORGAN- IZING | (M) WAGE RATE IA WORK ASSMNT |
|---|---|---|---|---|---|---|---|---|---|
| HEINZ TJ | | 265 | 128 | | | | 4,928.00 | | |

**TOTALS**

|  | | | (G) 128 | (H) | (I) | | (K) 4,928.00 | (L) | |
|---|---|---|---|---|---|---|---|---|---|
| 1.TOTAL HOURS REPORTED | | | | | | | | | |
| 128 | 128 | 128 | 128 | 128 | 128 | | 128 | 128 | 128 |
| 2.CONTRIBUTION RATE PER HOUR | | | | | | | | | |
| 0.43 | 0.18 | 4.19 | 4.25 | 7.30 | 0.64 | | 0.21 | 0.84 | 0.03 |
| 3.AMOUNT DUE (1)X(2) | | | | | | | | | |
| $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |
| 4.ADJUSTMENT PLUS OR MINUS - PLEASE ATTACH EXPLANATION | | | | | | | | | |
| 5.NET AMOUNT DUE | | | | | | | | | |
| $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |

| | NAT. BENEFIT FUNDS TOTAL $ | $217.23 | $4,928.00 | GROSS WAGES (COL IQ) |
|---|---|---|---|---|
| | LOCAL FUNDS TOTAL $ | $2,312.86 | $2,312.86 | TOTAL BENEFIT CONT' (L) |
| PREPARED BY Lori E Welch  TITLE: Controller | | | $7,240.86 | GROSS EARNINGS (K-L) |
| SIGNATURE  DATE: 2/29/2008  PHONE: (815)-725-7832  E-MAIL: lori@americanchutesystems.com | | | $0.03 | SASMI CONTRIBUTION RATE 03 |
| | | | $217.23 | SASMI CONTRIBUTION (LNSRLN4) |

total    $2,530.19




# SHEET METAL WORKERS
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Any Questions? Please call: (703) 739-7000 or Fax: (703) 739-0832

TO: AMERICAN CHUTE SYSTEMS, INC.
503 E WASHINGTON STREET
JOLIET, IL 60433     LOC# 265

IND: BUILDING TRADES
FED ID# 364345883
CLASS: ALL CLASSES

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

Nat'l Pen, Nat'l Hlth, ITI
Sasmi, Sasmi-II, NEMI, SMW Supp Svgs. Office Copy

MONTH: FEBRUARY    YEAR: 2008    LOCAL UNION NO.: 265
NBF EMPLOYER # 012805
AREA: DO    INDUSTRY: 01
NPF PLAN: A    CLASS: ALL
CONTRACT: 2650401
PAGE NO.: 1

___ OUT OF BUSINESS
___ NO WORK
SPF DATE: _____

| SOC SEC NO.(A) / LAST/FIRST NAME (B) | C 401(k) RATE / NATL PENS FUND | (F) HOME LOCAL / LOCAL ITI NEMI SM SCH | HOURS REGULAR (G) / LOCAL PENS FUND | (H) OT/@1-1/2 / AN- NUITY FUND | (I) OT/@2 / HEALTH & WEL- FARE | EDUCA- TION FUND | (J) CLASS | (K) TAXABLE GROSS WAGES / IN- DUSTRY FUND | (L) H&W PEN MISC CONTRIBUTIONS / SAVINGS ORGAN- IZING | (M) WAGE RATE / IA WORK ASSMNT |
|---|---|---|---|---|---|---|---|---|---|---|
| RALLS, JR.  FL | | 265 | 160 | | | | | 2,860.00 | | |
| STOKKE  WE | | 265 | 125 | | | | | 3,840.00 | | |
| MORALES  A | | 265 | 148.5 | | | | | 2,146.13 | | |
| TOTALS | | | (G) 433.5 | (H) | (I) | | | (K) 8,846.13 | (L) | |
| 1. TOTAL HOURS REPORTED  433.5 | 433.5 | 433.5 | 433.5 | 433.5 | 433.5 | | | 433.5 | 433.5 | 433.5 |
| 2. CONTRIBUTION RATE PER HOUR  6.64 | 2.50 | | | | | | | | | |
| 3. AMOUNT DUE (1)X(2)  $2,878.44 | $1,083.75 | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 4. ADJUSTMENT PLUS OR MINUS – PLEASE ATTACH EXPLANATION | | | | | | | | | | |
| 5. NET AMOUNT DUE  $2,878.44 | $1,083.75 | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |

NAT. BENEFIT FUNDS: $5,946.13
LOCAL FUNDS TOTAL $: $3,962.19 / $3,962.19
$12,908.32

GROSS WAGES (COL K)
TOTAL BENEFIT CONT (L)
GROSS EARNINGS (K+L)
SASMI CONTRIBUTION RATE .03
SASMI CONTRIBUTION (LN3XLN4)

PREPARED BY: Lori E Welch    TITLE: Controller
SIGNATURE: [signed]
DATE: 2/29/2008   PHONE: (815)-723-7932   E-MAIL: lori@americanchutesystems.com



5/4 63

# SHEET METAL WORKERS' UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Any Questions? Please call: (703) 739-7000 or Fax: (703) 683-0932

TO: AMERICAN CHUTE SYSTEMS, INC.
803 E WASHINGTON STREET LOC# 265
JOLIET, IL 60433

FED ID# 384345893
IND: BUILDING TRADES CLASS: ALL CLASSES

Natl Pen, Natl Hlth, ITI
Sasmi, SasmiH, NEMI, SMW Supp Svgs. Office Copy

| MONTH | YEAR | LOCAL UNION NO. |
| MARCH | 2008 | 265 |
| NBF EMPLOYER # 012609 | | |
| AREA | DO | INDUSTRY 01 |
| NPF PLAN | A | CLASS ALL |
| CONTRACT | 2650401 | |
| PAGE NO. | 1 | |

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

OUT OF BUSINESS
NO WORK
EFF DATE

| SOC SEC NO.(A) LAST/FIRST NAME | C 401(K) RATE | (F) HOME LOCAL | HOURS (G) REGULAR | (H) OT/@1-1/2 | (I) OT/@2 | (J) CLASS | (K) TAXABLE GROSS WAGES | (L) H&W PEN MISC CONTRIBUTIONS | (M) WAGE RATE |
|---|---|---|---|---|---|---|---|---|---|
| NATL PENS FUND | ITI NEMI SM SCH | LOCAL PENS FUND | AN- NUITY FUND | HEALTH & WEL- FARE | EDUCA- TION FUND | | IN- DUSTRY FUND | SAVINGS ORGAN- IZING | IA WORK ASSMNT |
| RALLS, JR. | FL | 265 | 195 | | | | 3,607.50 | | |
| STOKKE | WE | 265 | 128 | | | | 3,840.00 | | |
| MORALES | A | 265 | 144.5 | | | | 2,131.38 | | |
| | | | | | | | | | |
| TOTALS | | | (G) 467.5 | (H) | (J) | | (K) 9,578.88 | (L) | |

1. TOTAL HOURS REPORTED
467.5 | 467.5 | 467.5 | 467.5 | 467.5 | 467.5 | | 467.5 | 467.5 | 467.5

2. CONTRIBUTION RATE PER HOUR pens'n
7.3 | .425 |
6.64 | 1.75 | 0.75 |

3. AMOUNT DUE (1)X(2)
$3,412.75 | $1,986.88 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00

4. ADJUSTMENT PLUS OR MINUS - PLEASE ATTACH EXPLANATION

5. NET AMOUNT DUE
$3,412.75 | $1,986.88 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00

| NAT. BENEFIT FUNDS | | $9,578.88 | GROSS WAGES (COL K) |
| LOCAL FUNDS | TOTAL $ $5,399.63 | $5,399.63 | TOTAL BENEFIT CONT (L) |
| | | $14,978.50 | GROSS EARNINGS (K+L) |
| PREPARED BY Lori E Welch | TITLE: Controller | | SASMI CONTRIBUTION RATE .03 |
| SIGNATURE: Lori Welch | DATE: 3/31/2008 PHONE: (815)-723-7632 E-MAIL: lori@americanchutesystems.com | | SASMI CONTRIBUTION (LNSKLN4) |

/29775


RECEIVED
APR 10 2008
SMW LOCAL 265
FRINGE BENEFIT FUNDS

19247

**SHEET METAL WORKERS'**
**UNIFORM FRINGE BENEFIT REMITTANCE REPORT**
Any Questions? Please call: (703) 739-7000 or Fax: (703) 683-0932

Nat'l Pen, Nat'l Hlth, ITI
Sasmi, Sasmi-II, NEMI, SMW Supp Svgs. Office Copy

TO: AMERICAN CHUTE SYSTEMS, INC.
603 E WASHINGTON STREET   LOC# 265
JOLIET, IL 60433

FED ID# 364345893

IND: BUILDING TRADES   CLASS: ALL CLASSES

MONTH: MARCH
YEAR: 2008
LOCAL UNION NO.: 265
NBF EMPLOYER # 012609
AREA: DO
NPF PLAN: A
CONTRACT: 2650401
PAGE NO. 1
INDUSTRY: 01
CLASS: ALL

☐ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
☐ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

☐ OUT OF BUSINESS
☐ NO WORK
   EFF DATE

| SOC SEC NO.(A) / (B) LAST/FIRST NAME / NATL PENS FUND | C / 401(K) RATE / (T) NEMI SM SCH | (F) HOME LOCAL / LOCAL PENS FUND | (G) REGULAR / AN-NUITY FUND | HOURS (H) OT@1-1/2 / HEALTH & WELFARE | (I) OT@2 / EDUCATION FUND | (J) CLASS | (K) TAXABLE GROSS WAGES / IN-DUSTRY FUND | (L) H&W PEN MISC CONTRIBUTIONS / SAVINGS ORGAN-IZING | (M) WAGE RATE / IA WORK ASSMNT |
|---|---|---|---|---|---|---|---|---|---|
| HEINZ | TJ | 265 | 128 | | | | 4,928.00 | | |
| | | | | | | | | | |
| **TOTALS** | | | (G) 128 | (H) | (I) | | (K) 4,928.00 | (L) | |
| 1.TOTAL HOURS REPORTED 128 | 128 | 128 | 128 | 128 | 128 | | 128 | 128 | 128 |
| 2.CONTRIBUTION RATE PER HOUR 0.43 | 0.18 | 4.19 | 4.25 | 7.30 | 0.64 | | 0.21 | 0.84 | 0.03 |
| 3.AMOUNT DUE (1)X(2) $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |
| 4.ADJUSTMENT PLUS OR MINUS – PLEASE ATTACH EXPLANATION | | | | | | | | | |
| 5.NET AMOUNT DUE $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |

|  |  |  |  |
|---|---|---|---|
| NAT. BENEFIT FUNDS | TOTAL $ | $217.23 | $4,928.00 GROSS WAGES (COL K) |
| LOCAL FUNDS | TOTAL $ | $2,312.96 | $2,312.96 TOTAL BENEFIT CONT (L) |
| PREPARED BY: Lori E Welch | TITLE: Controller | | $7,240.96 GROSS EARNINGS (K+L) |
| SIGNATURE: [signed] | DATE: 3/31/2008   PHONE: (815)-723-7632   E-MAIL: lori@americanchutesystems.com | | $0.03 SASMI CONTRIBUTION RATE .03 |
| | | | $217.23 SASMI CONTRIBUTION (LN3XLN4) |

total   $2,530.19

17975

RECEIVED
APR 10 2008
S. MW LOCAL 265
FRINGE BENEFIT FUNDS

06/13/2008 11:52 FAX 1 808 668 0734  SMW LOCAL # 265 BAUM  Case 1:08-cv-02894  Document 13-2  Filed 06/19/2008  Page 7 of 8  ☒008

51463

# SHEET METAL WORKERS' UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Any Questions? Please call: (703) 739-7000 or Fax: (703) 683-0932

TO: AMERICAN CHUTE SYSTEMS, INC.
603 E WASHINGTON STREET
JOLIET, IL 60432
LOC# 265

FED ID# 364345893
CLASS: ALL CLASSES

IND: BUILDING TRADES

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

Natl Pen, Natl Hlth, ITI
Sasmi, Sasmi-II, NEMI, SMW Supp Svgs. Office Copy

| MONTH | YEAR | LOCAL UNION NO. |
|---|---|---|
| APRIL | 2008 | 265 |

NBF EMPLOYER # 012809

| AREA | DO | INDUSTRY | 01 |
|---|---|---|---|
| NPF PLAN | A | CLASS | ALL |
| CONTRACT | 2650401 | | |
| | PAGE NO. 1 | | |

☐ OUT OF BUSINESS
☐ NO WORK
EFF DATE _____

| SOC SEC NO.(A) / (B) LAST/FIRST NAME | C 401(K) RATE | (F) HOME LOCAL | (G) REGULAR | HOURS (H) OT/@1-1/2 | (I) OT/@2 | (J) CLASS | (K) TAXABLE GROSS WAGES | (L) H&W PEN MISC CONTRIBUTIONS | (M) WAGE RATE |
|---|---|---|---|---|---|---|---|---|---|
| NATL PENS FUND | ITI NEMI SM SCH | LOCAL PENS FUND | AN-NUITY FUND | HEALTH & WEL-FARE | EDUCA-TION FUND | | IN-DUSTRY FUND | SAVINGS ORGAN-IZING | IA WORK ASSMNT |
| RALLS, JR. | FL | 265 | 214 | | | | 3,958.00 | | |
| STOKKE | WE | 265 | 128 | | | | 3,840.00 | | |
| MORALES | A | 265 | 192.5 | | | | 2,839.38 | | |

RECEIVED
MAY 05 2008
SMW LOCAL 265
FRINGE BENEFIT FUNDS

| TOTALS | | | (G) 534.5 | (H) | (I) | | (K) 10,638.38 | (L) | |
|---|---|---|---|---|---|---|---|---|---|
| 1.TOTAL HOURS REPORTED | | | | | | | | | |
| 534.5 | 534.5 | 534.5 | 534.5 | 534.5 | 534.5 | | 534.5 | 534.5 | 534.5 |
| 2.CONTRIBUTION RATE PER HOUR | | | | | | | | | |
| 6.64 | 2.50 | | | | | | | | |
| 3.AMOUNT DUE (1)X(2) | | | | | | | | | |
| $3,549.08 | $1,336.25 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 4.ADJUSTMENT PLUS OR MINUS - PLEASE ATTACH EXPLANATION | | | | | | | | | |
| 5.NET AMOUNT DUE | | | | | | | | | |
| $3,549.08 | $1,336.25 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |

| NAT. BENEFIT FUNDS | | $10,638.38 | GROSS WAGES (COL K) |
|---|---|---|---|
| LOCAL FUNDS | TOTAL $ $4,885.33 | $4,885.33 | TOTAL BENEFIT CONT (L) |
| | | $15,523.71 | GROSS EARNINGS (K+L) |

PREPARED BY: Lori E Welch    TITLE: Controller
SIGNATURE: [signed] Lori E Welch
DATE: 4/30/2008    PHONE: (815)-723-7632    E-MAIL: lori@americanchutesystems.com

SASMI CONTRIBUTION RATE .02
SASMI CONTRIBUTION (LN2X LN4)

129936 

/9242/

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHEET METAL WORKERS' UNIFORM FRINGE BENEFIT REMITTANCE REPORT** — Natl Pen, Natl Hlth, ITI, Sasmi, Sasmi-II, NEMI, SMW Supp Svgs. Office Copy |

TO: AMERICAN CHUTE SYSTEMS, INC.
603 E WASHINGTON STREET   LOC# 265
JOLIET, IL 60433

MONTH: APRIL    YEAR: 2008    LOCAL UNION NO. 265
NBF EMPLOYER # 012608
FED ID# 364345883
IND: BUILDING TRADES    CLASS: ALL CLASSES
AREA: DO    NPF PLAN: A    INDUSTRY: 01    CLASS: ALL
CONTRACT: 2650401
PAGE NO. 1

___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL RECEIVE A REPORT NEXT MONTH)
___ CHECK HERE IF NO HOURS TO REPORT (YOU WILL NOT RECEIVE A REPORT NEXT MONTH)

OUT OF BUSINESS / NO WORK / EFF DATE

| SOC SEC NO.(A) / LAST/FIRST NAME (B) / NATL PENS FUND | C / 401(K) RATE / ITI NEMI SM SCH | (F) HOME LOCAL / LOCAL PENS FUND | (G) REGULAR / ANNUITY FUND | HOURS (H) OT@1-1/2 / HEALTH & WELFARE | (I) OT@2 / EDUCATION FUND | (J) CLASS | (K) TAXABLE GROSS WAGES / INDUSTRY FUND | (L) H&W PEN MISC CONTRIBUTIONS / SAVINGS ORGANIZING | (M) WAGE RATE / IA WORK ASSMNT |
|---|---|---|---|---|---|---|---|---|---|
| HEINZ TJ | | 265 | 128 | | | | 4,928.00 | | |

| TOTALS | | | (G) 128 | (H) | (I) | | (K) 4,928.00 | (L) | |
|---|---|---|---|---|---|---|---|---|---|
| 1. TOTAL HOURS REPORTED | | | | | | | | | |
| 128 | 128 | 128 | 128 | 128 | 128 | | 128 | 128 | 128 |
| 2. CONTRIBUTION RATE PER HOUR | | | | | | | | | |
| 0.43 | 0.18 | 4.19 | 4.25 | 7.30 | 0.64 | | 0.21 | 0̶.̶8̶4̶ 0.80 | 0.03 |
| 3. AMOUNT DUE (1)X(2) | | | | | | | | | |
| $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |
| 4. ADJUSTMENT PLUS OR MINUS - PLEASE ATTACH EXPLANATION | | | | | | | | | |
| 5. NET AMOUNT DUE | | | | | | | | | |
| $55.04 | $23.04 | $536.32 | $544.00 | $934.40 | $81.92 | | $26.88 | $107.52 | $3.84 |

NAT. BENEFIT FUNDS TOTAL $ $217.23
LOCAL FUNDS TOTAL $ $2,312.96

$4,928.00 — GROSS WAGES (COL K)
$2,312.96 — TOTAL BENEFIT CONT (L)
$7,240.96 — GROSS EARNINGS (K+L)
$0.03 — SASMI CONTRIBUTION RATE .03
$217.23 — SASMI CONTRIBUTION (LN3xLN4)

PREPARED BY: Lori E Welch    TITLE: Controller
SIGNATURE: /s/ Lori Welch
DATE: 4/30/2008    PHONE: (815)-723-7632    E-MAIL: lori@americanchutesystems.com

total   $2,530.19

RECEIVED
MAY 05 2008
SMW LOCAL 265
FRINGE BENEFIT FUNDS

12993/