# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2814 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Sheet Metal Workers, et al. Vs. American Chute Systems, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. No one on behalf of the Defendant appeared on this Court's status hearing, or on Plaintiffs' noticed motion. Plaintiffs' motion for entry of default judgment [10] is granted. Default judgment is hereby entered in favor of the Plaintiffs Sheet Metal Workers Local 265 Industry Fund, Sheet Metal Workers Local 265 Supplemental Retirement Plan, Sheet Metal Workers Local 265 Wefare Fund, Sheet Metal Workers Local 265 Savings Fund, Scott P. Wille, Sheet Metal Workers' International Association Local Union No. 265, Sheet Metal Workers Local 265 Pension Fund, Sheet Metal Workers Local 265 Educational Fund and against Defendant American Chute Systems, Inc. in the amount of $26,512.50.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|