# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Sheet Metal Workers Local 265 Wefare Fund, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2814 |
| American Chute Systems, Inc. | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

X      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motion for entry of default judgment [10] is granted. Default judgment is hereby entered in favor of the Plaintiffs Sheet Metal Workers Local 265 Industry Fund, Sheet Metal Workers Local 265 Supplemental Retirement Plan, Sheet Metal Workers Local 265 Wefare Fund, Sheet Metal Workers Local 265 Savings Fund, Scott P. Wille, Sheet Metal Workers' International Association Local Union No. 265, Sheet Metal Workers Local 265 Pension Fund, Sheet Metal Workers Local 265 Educational Fund and against Defendant American Chute Systems, Inc. in the amount of $26,512.50.


Michael W. Dobbins, Clerk of Court

Date: 6/26/2008                           _____Michael Wing_____
                                                              /s/ Michael A. Wing, Deputy Clerk