IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 2814 |
| AMERICAN CHUTE SYSTEMS, INC., an Illinois corporation, | ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant, | ) ) | |
| and | ) ) | |
| HARRIS BANK, | ) ) | |
| Citation Respondent. | ) | |

## NOTICE OF DISMISSAL OF CITATION TO
## DISCOVER ASSETS TO THIRD PARTY HARRIS BANK

TO:  Beth Claussen                         Mr. Burr E. Anderson
     Legal Services                        Anderson Law Offices
     Harris Bank                           407 S. Dearborn Street, Suite 1085
     111 W. Monroe Street                  Chicago, IL  60605
     Chicago, IL  60603-4096

NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby dismiss the Citation to Discover Assets to Third Party proceeding against Citation Respondent, HARRIS BANK, without prejudice to the rights of Plaintiffs.

/s/  Beverly P. Alfon

## CERTIFICATE OF SERVICE

     The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have sent the above-referenced document by facsimile to the following non-CM/ECF participants on or before the hour of 4:00 p.m. this 23rd day of July 2008:

                Beth Claussen
                Legal Services
                Harris Bank
                111 W. Monroe Street
                Chicago, IL  60603-4096
                (312) 461-1546

                Mr. Burr E. Anderson
                Anderson Law Offices
                407 S. Dearborn Street, Suite 1085
                Chicago, IL  60605
                (312) 957-0811

                          /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\American Chute\2008\notice of dismissal of citation (harris bank).bpa.df.wpd

Confirmation Report - Memory Send

Page        : 001
Date & Time : 07-23-08  02:06pm
Line 1      : 3122360241
Machine ID  : Baum Sigman

| | | |
|---|---|---|
| Job number | : | 638 |
| Date | : | 07-23  02:06pm |
| To | : | ☎13124611546 |
| Number of pages | : | 003 |
| Start time | : | 07-23  02:06pm |
| End time | : | 07-23  02:06pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number  : 638            *** SEND SUCCESSFUL ***

# FAX COVER SHEET

July 23, 2008

**TO**
Beth Claussen, Legal Services
Harris Bank

**FAX**
312-461-1546

**SUBJECT**
Sheet Metal Workers Local 265 Welfare Fund, et al. v. American Chute Systems, Inc. and Harris Bank
Civil Action No. 08 C 2814

**FROM**
Beverly P. Alfon

BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
3, including this cover sheet

**COMMENTS**

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE

Confirmation Report - Memory Send

```
                                Page       : 001
                                Date & Time: 07-23-08  02:08pm
                                Line 1     : 3122360241
                                Machine ID : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 639 |
| Date | : | 07-23  02:06pm |
| To | : | ☎13129570811 |
| Number of pages | : | 003 |
| Start time | : | 07-23  02:06pm |
| End time | : | 07-23  02:08pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number   : 639                    \*\*\* SEND SUCCESSFUL \*\*\*

---

# FAX COVER SHEET

July 23, 2008

**TO**
Burr Anderson
Anderson Law Offices

FAX    312/957-0811

**FROM**
Beverly Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**SUBJECT**
Sheet Metal Workers' Local 265 Welfare Fund, *et al.* v. American Chute Systems, Inc.
Civil Action No. 08 C 2814

**PAGES**
3, including this cover sheet

**COMMENTS**

---

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**